IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **ANGEL MAY RIDER**<br><br>204 CONCORD DRIVE<br>Perryville, MD 21903<br><br>Plaintiff,<br><br>v.<br><br>**JERSEY CITY TRANSFER, INC.**<br>2301 MARION CT<br>Cinnaminson, NJ 08077<br><br>And<br><br>**PAUL DEPASS**<br>2 MARION CT<br>Belleville, NJ 07109<br><br>Defendants | Case No. 1:19-CV-07942-RMB-AMD |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO R. 4:37-1(a)

IT IS HEREBY AGREED by Plaintiff that there is a lack of diversity jurisdiction in this matter, and therefore Plainitiff moves to voluntarily dismiss the above captioned case in its entirety without prejudice.

Dated: March 21, 2019

/s/Emeka Igwe
Emeka Igwe, ESQ.
Attorney ID: 200334
Attorney for Plaintiff
1500 JFK Blvd, Suite 1900
Philadelphia PA 19102
Phone: 215-278-9898
Fax: 215-893-3812
Email:emeka@igwefirm.com
*Counsel for Plaintiff*